**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00350-CV

## IN RE STEPHEN AARON BERGENHOLTZ, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-51444-2008**

## ORDER

By order dated March 17, 2014 the Court ordered Karla Kimbrell, as official court reporter of the 380th Judicial District Court, to ensure that the reporter's record from the trial court's February 27, 2015 contempt hearing is filed in this case on or before March 23, 2015. By letter dated today, Ms. Kimbrell has advised the Court that no payment arrangements have been made for the reporter's record. Relator has represented to the Court that he is indigent, citing his "Affidavit in Support of Respondent's Motion for Reconsideration of Enforcement by Contempt Order and Appointment of Receiver" filed in the trial court on March 5, 2015. The Court has not been advised that a contest has been filed in the trial court. Accordingly, we **ORDER** Karla Kimbrell to file, on or before March 23, 2015 either, (1) the reporter's record or (2) written verification that a contest has been filed.

/s/     CRAIG STODDART
         JUSTICE